IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 5:16-cr-43-RLV |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM A. JOLIN | ) | **ORDER** |
| | ) | |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant William A. Jolin in the Bill of Indictment in the above-captioned case without prejudice, because he has entered his guilty plea to the bill of information in 5:17-cr-15-RLV.

It is hereby ordered that the motion be GRANTED and the charges against Defendant William A. Jolin in the above-captioned Bill of Indictment be dismissed without prejudice.

Signed: March 13, 2017

Richard L. Voorhees
United States District Judge